# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YARITZA NAMIBIA ROSAS-CHAVEZ (1);<br>ESMERALDA ELIZABETH MAGANA-DIAZ (2),<br><br>Defendants. | Case No.: 24-cr-2471-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On December 4, 2024, Defendant Yaritza Namibia Rosas-Chavez and the Government filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 13, 2024. On December 9, 2024, Defendant Esmeralda Elizabeth Magana-Diaz filed a motion to join the joint motion. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 35], GRANTS the motion to join the joint motion [Dkt. 37], and sets the Motion Hearing/Trial Setting on January 31, 2025 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//

Further, on November 29, 2024, Defendant Esmeralda Elizabeth Magana-Diaz filed a pretrial motion that remains pending. Defendant Yaritza Namibia Rosas-Chavez also filed a pretrial motion that remains pending. Accordingly, the Court finds that time from November 29, 2024 to January 31, 2025 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the Co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 12/10/2024

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE